# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| DEZETTIA JAMAL,<br><br>　　　　　　Plaintiff,<br>　　v.<br>NAR GROUP, INC.,<br><br>　　　　　　Defendant.<br>_____/ | No. C 11-02852 LB<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Dezettia Jamal states that she served Defendant NAR Group, Inc. on October 25, 2011, but that Plaintiff is attempting to determine the viability of Defendant before using the court's resources in seeking a default judgment.. Plaintiff's Case Management Conference Statement, ECF No. 13 at 2. Given this representation, that no proof of service has been filed, and that Defendant has not yet appeared in this action or consented to this court's jurisdiction, the court **CONTINUES** the initial case management conference from January 12, 2012 to March 8, 2012.

**IT IS SO ORDERED.**

Dated: January 9, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge