UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEZETTIA JAMAL, | No. C 11-02852 LB |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| NAR GROUP, INC., | |
| Defendant. | |

Plaintiff Dezettia Jamal states that she served Defendant NAR Group, Inc. on October 25, 2011, but that Plaintiff is attempting to determine the viability of Defendant before using the court's resources in seeking a default judgment.. Plaintiff's Case Management Conference Statement, ECF No. 13 at 2. Given this representation, that no proof of service has been filed, and that Defendant has not yet appeared in this action or consented to this court's jurisdiction, the court **CONTINUES** the initial case management conference from January 12, 2012 to March 8, 2012.

**IT IS SO ORDERED.**

Dated: January 9, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02852 LB
ORDER CONTINUING CMC